**Order filed, May 5, 2022.**



In The

# Court of Appeals
## For The
# First District of Texas
_____

### NO. 01-22-00209-CR

### JOSEPH T. ROBERTS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 253rd District Court**
**Chambers County, Texas**
**Trial Court Case 21DCR0097**

---

## ORDER

The reporter's record in this case was due 04/18/2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jo Ann Horn-Leger, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM